votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

E. MAUDE JONES, Appellant, v. FRANK SEAMAN, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict was contrary to the weight of the evidence, both as to the negligence of the defendant and as to the contributory negligence of the plaintiff. All concur, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

IDA A. JONES, Appellant, v. FRANK SEAMAN, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict was contrary to the weight of the evidence, both as to the negligence of the defendant and as to the contributory negligence of the plaintiff. All concur, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

GERTRUDE M. JONES, Appellant, v. FRANK SEAMAN, Respondent.— Judgment reversed on the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict was contrary to the weight of the evidence, both as to the negligence of the defendant and as to the contributory negligence of the plaintiff. All concur, except Thompson, J.; who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CLARENCE H. JONES, Appellant, v. FRANK SEAMAN, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JAMES P. MARTIN, Respondent, v. CHARLES W. MACWILLIAMS, Defendant, and EARL MACWILLIAMS and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CATHERINE MARTIN, Respondent, v. CHARLES W. MACWILLIAMS, Defendant, and EARL MACWILLIAMS and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

LEWIS DUNBAR, Respondent, v. CITY OF OSWEGO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ETHEL DUNBAR, Respondent, v. CITY OF OSWEGO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

DEWITT C. SIMPSON, Respondent; v. CHARLES CHITTENDEN and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CHARLES DIEBOLD, JR., as Administrator, etc., of STANLEY CARR, Deceased, Respondent, v. MARY KROHN, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

PHILIP R. BURRILL, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 18570.) — Judgment reversed on the law and facts, with costs, and claim dismissed, with costs. Certain findings of fact and conclusions of law dis-